No. 815.   VAN SLYKE v. BALTIMORE & OHIO RAILROAD
Co.; and
No. 816.   LYNCH, ADMINISTRATRIX, v. BALTIMORE &
OHIO RAILROAD Co.   C. A. 2d Cir.   Certiorari denied.
*Frank G. Raichle* for petitioners.   *William C. Combs* for
respondent.

No. 819.   BERGER, DOING BUSINESS AS BERGER SALES CO.,
v. BRANNAN, SECRETARY OF AGRICULTURE, SUING ON BE-
HALF OF THE UNITED STATES.   C. A. 10th Cir.   Certiorari
denied.   *Byron G. Rogers* for petitioner.

No. 826.   WHETSTONE v. UNITED STATES.   C. A. 7th
Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor
General Perlman* for the United States.

No. 830.   RICCARDI v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.   *Frederic M. P. Pearse* for petitioner.
*Solicitor General Perlman* for the United States.

No. 691.   PETERSEN ET AL. v. CHRIST'S CHURCH OF THE
GOLDEN RULE ET AL.   C. A. 9th Cir.   The motion for
leave to withdraw the appearance of Howard B. Critten-
den, Jr. as counsel for the petitioners is denied.   Certio-
rari denied.   *Howard B. Crittenden, Jr.* for petitioners.

No. 748.   ZIMMERMANN v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.   *Coleman Gay* and *Henry H.
Brooks* for petitioner.   *Solicitor General Perlman* for the
United States.